No. 02–686.  PRESCOTT ET AL. *v.* COUNTY OF EL DORADO, CAL-
IFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–692.  ARCHER-DANIELS-MIDLAND CO. *v.* DELLWOOD
FARMS, INC., ET AL.;
No. 02–705.  CARGILL, INC. *v.* A & W BOTTLING, INC., ET
AL.; and
No. 02–736.  A. E. STALEY MANUFACTURING CO. *v.* DELLWOOD
FARMS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.  Re-
ported below: 295 F. 3d 651.

No. 02–707.  DISABLED RIGHTS ACTION COMMITTEE *v.*
ARCHON CORP., FKA SANTA FE GAMING CORP.  C. A. 9th Cir.
Certiorari denied.

No. 02–714.  OKLAHOMA EX REL. OFFICE OF STATE FINANCE
*v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, EX
REL. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.
C. A. 10th Cir.  Certiorari denied.

No. 02–715.  WYATT *v.* HUNT PLYWOOD CO., INC., ET AL.  C. A.
5th Cir.  Certiorari denied.

No. 02–737.  STEELE ET AL. *v.* INDUSTRIAL DEVELOPMENT
BOARD OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DA-
VIDSON COUNTY ET AL.; and
No. 02–936.  METROPOLITAN GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY *v.* STEELE ET AL.  C. A. 6th Cir.  Certiorari
denied.  Reported below: 301 F. 3d 401.

No. 02–738.  CUSTOM SHIP INTERIORS ET AL. *v.* ROBERTS ET
AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–739.  KIRBY INLAND MARINE, INC. OF MISSISSIPPI, FKA
BRENT TRANSPORTATION CO., ET AL. *v.* UNION PACIFIC RAILROAD
CO.; and
No. 02–942.  UNION PACIFIC RAILROAD CO. *v.* KIRBY INLAND
MARINE, INC. OF MISSISSIPPI, AKA BRENT TRANSPORTATION CO.,
ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: 296
F. 3d 671.